# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
|  | * |  |
| PAUL CHARLES BIRD, | * |  |
| Plaintiff, | * | Civil No. 15-1326 |
| vs. | * |  |
| JOHN E. DRISCOLL, III, et al, | * |  |
| Defendants. | * |  |

### ORDER ADOPTING BANKRUPTCY COURT'S
### PROPOSED FINDINGS AND CONCLUSIONS IN
### SUPPORT OF ORDER DISMISSING AMENDED COMPLAINT

Upon review of the Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law In Support of Dismissal of Amended Complaint (the "Proposed Findings and Conclusions") entered on the docket in Bankruptcy Adversary proceeding styled *Paul Charles Bird v. John E. Driscoll, III,* Adv. Proc. No. 14-00191-NVA, and a de novo review of the record, it is this 20th day of May, 2015, by the United States District Court for the District of Maryland,

ORDERED that the Proposed Findings and Conclusions are adopted; and it is further

ORDERED that the Amended Complaint [dkt. 55 in the bankruptcy adversary proceeding] is dismissed with prejudice.

/s/
_____
George L. Russell, III
United States District Judge