

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Choose a division. Elizabeth B. Snowden, Chief Deputy

June 26, 2015

Paul C. Bird, Sr.
3416 Hopkins Avenue
Halethorpe, MD 21227

Re: Case No. GLR15cv1326

Dear Counsel/Party:

The Clerk received your Transcript order form on June 25, 2015; however, it is deficient in the area(s) checked below and is being returned to you, at the direction of the presiding judge.

**Noncompliance with L.R. 101 or 102**
☐ Member of bar has not signed the document.
☐ Business entities other than sole proprietorships must be represented by counsel.

**Noncompliance with L.R. 102 and FRCivP 5**
☐ Certificate of service not affixed to document.
☐ Certificate of service not dated and/or not signed.

**Noncompliance with L.R. 104 or 105**
☐ Discovery materials should not be filed unless in support of a motion or by court order.
☐ Discovery motion filed contrary to L.R. 104.7.
☐ Motion to compel filed contrary to L.R. 104.8.

**Miscellaneous**
☐ Document does not contain original signature.
☐ Document relates to more than one file. Original and appropriate copies are required for each file unless the cases have been consolidated for all purposes.
☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
☒ Other: Hearing held in Bankruptcy Court – Not held in District Court

Very truly yours,

George Levi Russell, III

cc: Other counsel/party
Return pleading letter (Rev. 02/2011)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov

AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

TRANSCRIPT ORDER — *notification of*
*oral hearing*

FOR COURT USE ONLY
DUE DATE:

Please Read Instructions above

| 1. NAME Paul C. Bird Sr. | 2. PHONE NUMBER 270-408-5163 | 3. DATE 6-25th 2015 |
|---|---|---|
| 4. MAILING ADDRESS 3416 Hopkins Ave | 5. CITY Halethorpe | 6. STATE MD  7. ZIP CODE 21227 |
| 8. CASE NUMBER 15-1668 | 9. JUDGE | DATES OF PROCEEDINGS |
|  |  | 10. FROM      11. |
| 12. CASE NAME 1:15cv-01326-GLR |  | LOCATION OF PROCEEDINGS |
|  |  | 13.      14. |

15. ORDER FOR
[X] APPEAL       [ ] CRIMINAL (*actually*)       [ ] CRIMINAL JUSTICE ACT       [ ] BANKRUPTCY
[ ] NON-APPEAL   [ ] CIVIL                      [X] IN FORMA PAUPERIS          [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested).

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL  0.00

18. SIGNATURE  *without prejudice*
19. DATE  6-25-2015

PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

|  | DATE | BY |  |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID  $30. for location of appe— | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES     0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT      0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE         0.00 |

(Previous editions of this form may still be used)
DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

*For Hearing 10-28-2014 August*